

U.S. Department of Justice

United States Attorney
Eastern District of New York

CP:SLD
F.#2008V00299

One Pierrepont Plaza

Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

March 19, 2008

By ECF

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. George Espinoza
             Civil Docket No. 08-531 (SJ)

Dear Judge Johnson:

      I continue to work on the response to the habeas petition of the defendant George Espinoza. Since receiving the petition, I have spoken with Mr. Espinoza's prior defense counsel, Barry Turner, Esq., with regard to the allegations made in the petition. I have also requested the file in this case and ordered a copy of the sentencing minutes. While Mr. Turner is willing to file an affirmation in response to the allegations made by his former client, I am unable to meaningfully discuss the matter with him as I have yet to receive the file or the sentencing transcript.

      In light of the foregoing, I respectfully request an additional thirty days in which to respond to the instant petition. The extension is necessary so that I may receive and digest the file and sentencing transcript, as well as receive an affirmation from Mr. Turner.

I thank the Court in advance for its consideration of my request.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By: _____
Steven L. D'Alessandro
Assistant U.S. Attorney
(718) 254-6200

cc: George Espinoza (by mail and ECF)
    USM # 71110-053
    CI Moshannon Valley
    Correctional Institution
    555 Cornell Drive
    Philipsburg, PA 16866

So Ordered. The government shall respond to this Court's Order to Show Cause by May 5, 2008. Petitioner's reply, if any, shall be submitted by May 26, 2008.

On this 19th day of March, 2008.

s/b Judge Johnson
_____
Hon. Sterling Johnson, Jr., U.S.D.J.

2